TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LARA A. BRADT, CSBN 289036
      Special Assistant United States Attorney
      Social Security Administration, Region IX
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8921
      Facsimile: (415) 744-0134
      E-mail: lara.bradt@ssa.gov
Attorneys for Defendant

**JS-6**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY GLENN HALEY, | ) No. 2:20-cv-05103-MWF-AGR |
| | ) |
| Plaintiff, | ) **JUDGMENT OF VOLUNTARY** |
| | ) **REMAND PURSUANT TO** |
| v. | ) **SENTENCE FOUR OF** |
| | ) **42 U.S.C. § 405(g)** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, IT IS ADJUDGED that the above-captioned action is remanded to the Commissioner of

///

///

1   Social Security for further proceedings consistent with the terms of the Stipulation

2   to Remand.

4   Dated:  March 29, 2021

MICHAEL W. FITZGERALD
United States District Judge